IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 23-cv-01222 <br><br> Judge John J. Tharp, Jr. <br><br> Magistrate Judge Beth W. Jantz |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Bestway Inflatables & Material Corp. ("BESTWAY") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS BESTWAY's Motion in part as follows.

This Court finds BESTWAY has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 2, 2023, ECF No. 22 ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that BESTWAY has provided a basis to conclude that Defendants have sold products using infringing and counterfeit versions of BESTWAY's federally registered trademarks (the "BESTWAY Trademarks").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of BESTWAY's previously granted Motion for Entry of a TRO establishes that BESTWAY has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that BESTWAY will suffer irreparable harm if the injunction is not granted.

Specifically, BESTWAY has proved a *prima facie* case of trademark infringement because (1) the BESTWAY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the BESTWAY Trademarks, and (3) Defendants' use of the BESTWAY Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with BESTWAY. Furthermore, Defendants' continued and unauthorized use of the BESTWAY Trademarks irreparably harms BESTWAY through diminished goodwill and brand confidence, damage to BESTWAY's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, BESTWAY has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the BESTWAY Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine BESTWAY product or not authorized by BESTWAY to be sold in connection with the BESTWAY Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine BESTWAY product or any other product produced by BESTWAY, that is not BESTWAY's or not produced under the authorization, control, or supervision of BESTWAY and approved by BESTWAY for sale under the BESTWAY Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of BESTWAY, or are sponsored by, approved by, or otherwise connected with BESTWAY; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for BESTWAY, nor authorized by BESTWAY to be sold or offered for sale, and which bear any of BESTWAY's trademarks, including the BESTWAY Trademarks, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon BESTWAY's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to BESTWAY expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

   a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

   c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay,

        or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.   Upon BESTWAY's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the BESTWAY Trademarks.

5.   Any Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Eric Li, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.   BESTWAY may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Eric Li and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Afshan and all other Defendants

identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Plaintiff's Schedule A to the Complaint (ECF No. 7), Exhibit 2 to the Declaration of Eric Li (ECF Nos. 12–17), and the TRO (ECF No. 22) are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The $245,000.00 bond posted by BESTWAY shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

Date: March 29, 2023

John J. Tharp, Jr.
United States District Judge

# Schedule A

| No. | Defendant Name / Alias | Defendant Online Marketplace |
|---|---|---|
| 1 | Afshan | https://www.walmart.com/seller/101324754 |
| 2 | ahsdsfbnmhbsdf | https://www.walmart.com/seller/101295218 |
| 3 | Aiqi Shop | https://www.walmart.com/seller/101281603 |
| 4 | allmy | https://www.walmart.com/seller/101296791 |
| 5 | Andetom Co., Ltd | https://www.walmart.com/seller/101289312 |
| 6 | Andrew Co., Ltd | https://www.walmart.com/seller/101284351 |
| 7 | Arthur Co., Ltd | https://www.walmart.com/seller/101293885 |
| 8 | Azonsoy Shopping | https://www.walmart.com/seller/101296541 |
| 9 | Brekity commodity | https://www.walmart.com/seller/101296859 |
| 10 | Brian Co., Ltd | https://www.walmart.com/seller/101293898 |
| 11 | CFY | https://www.walmart.com/seller/101274375 |
| 12 | changchunshilulushangmaoyouxiangongsi | https://www.walmart.com/seller/101288233 |
| 13 | changchunshizhubaoerwangluo | https://www.walmart.com/seller/101325269 |
| 14 | chu fang Auto parts | https://www.walmart.com/seller/101296778 |
| 15 | Cimiao Business Co.ltd | https://www.walmart.com/seller/101259722 |
| 16 | CJL | https://www.walmart.com/seller/101274493 |
| 17 | Clark Co., Ltd | https://www.walmart.com/seller/101295924 |
| 18 | Commodity Supply Center | https://www.walmart.com/seller/101294667 |
| 19 | Convergence Co.Ltd | https://www.walmart.com/seller/101269505 |
| 20 | Daniel Co., Ltd | https://www.walmart.com/seller/101294968 |
| 21 | De An Xian Shan Shi Shang Mao You Xian Gong Si | https://www.walmart.com/seller/101284365 |
| 22 | DEANXIANXIAQIUSHANGMAO Co. ltd | https://www.walmart.com/seller/101296529 |
| 23 | Dian zi Accessories | https://www.walmart.com/seller/101295699 |
| 24 | dongguanshidaoyishangmaoyouxia | https://www.walmart.com/seller/101315653 |
| 25 | Duke Co., Ltd | https://www.walmart.com/seller/101295037 |
| 26 | E-Eryaos Trading Co.Ltd | https://www.walmart.com/seller/101295024 |
| 27 | Fujian department store | https://www.walmart.com/seller/101298748 |
| 28 | GLANDU | https://www.walmart.com/seller/101108768 |
| 29 | guoyangxianbinshengbaihuoyouxi | https://www.walmart.com/seller/101302372 |
| 30 | HAFE | https://www.walmart.com/seller/101298676 |
| 31 | haikoushiliuxingyouxuandianzishangwuyouxiangongsi | https://www.walmart.com/seller/101264282 |
| 32 | Haikoushixingjiejieshangmaoyouxiangongsi | https://www.walmart.com/seller/101262027 |
| 33 | haikouxuyingxingxiaoshouyouxiangongsi | https://www.walmart.com/seller/101273299 |
| 34 | haikouyuxiuzhangmaoyiyouxianze | https://www.walmart.com/seller/101332348 |
| 35 | Haoranzhu Fangdichan Co.Ltd | https://www.walmart.com/seller/101262400 |
| 36 | HASKO accessories | https://www.walmart.com/seller/101293800 |
| 37 | HeFeiGouKuoWangLuoKeJiYouXianGongSi | https://www.walmart.com/seller/101266723 |
| 38 | hefeinanniudianzishangwuyouxia | https://www.walmart.com/seller/101302312 |
| 39 | hefeinigenshangmaoyouxiangongs | https://www.walmart.com/seller/101302320 |
| 40 | hefeizhoupaodianzikejiyouxiang | https://www.walmart.com/seller/101294279 |

| 41 | hktaichu.co.ltd | https://www.walmart.com/seller/101291849 |
|---|---|---|
| 42 | Honch CO.,LTD. | https://www.walmart.com/seller/101296350 |
| 43 | Hongertu E-commerce Co.Ltd | https://www.walmart.com/seller/101295145 |
| 44 | Howard Co., Ltd | https://www.walmart.com/seller/101263333 |
| 45 | HXQ | https://www.walmart.com/seller/101274429 |
| 46 | J' E-commerce Co., Ltd | https://www.walmart.com/seller/101295658 |
| 47 | ji fu qin | https://www.walmart.com/seller/101296851 |
| 48 | jia ju outdoors | https://www.walmart.com/seller/101295724 |
| 49 | jiang hai xia shang mao | https://www.walmart.com/seller/101296574 |
| 50 | Jianlin Shop | https://www.walmart.com/seller/101297545 |
| 51 | jie yue yang | https://www.walmart.com/seller/101296847 |
| 52 | JiNanNiuChuShangMaoYouXianGongSi | https://www.walmart.com/seller/101269757 |
| 53 | Jiu Jiang Zhi Ou Shang Mao You Xian Gong Si | https://www.walmart.com/seller/101282986 |
| 54 | jiujiangfuningmaoyi | https://www.walmart.com/seller/101295744 |
| 55 | Kaili Co., Ltd | https://www.walmart.com/seller/101295867 |
| 56 | KSSJ Co.Ltd | https://www.walmart.com/seller/101240044 |
| 57 | Kunming Zhenpi e-commerce | https://www.walmart.com/seller/101328072 |
| 58 | kunminghuatundianzi store | https://www.walmart.com/seller/101296122 |
| 59 | Kurtclio2 Co,ltd | https://www.walmart.com/seller/101296551 |
| 60 | lanquguangzhou | https://www.walmart.com/seller/101295187 |
| 61 | LFSJ Co.Ltd | https://www.walmart.com/seller/101282999 |
| 62 | LH | https://www.walmart.com/seller/101297588 |
| 63 | lian shuo ming shang mao | https://www.walmart.com/seller/101296442 |
| 64 | linxianchuangmengdianzishangwu | https://www.walmart.com/seller/101295540 |
| 65 | linxiantailidianzishangwu | https://www.walmart.com/seller/101295531 |
| 66 | LiuYuHuNianShangMao Co. ltd | https://www.walmart.com/seller/101308852 |
| 67 | LLL | https://www.walmart.com/seller/101267490 |
| 68 | Luliliyqy | https://www.walmart.com/seller/101265783 |
| 69 | LXJ Co.Ltd | https://www.walmart.com/seller/101312881 |
| 70 | Mellif store | https://www.walmart.com/seller/101295773 |
| 71 | Mike Brown Co., Ltd | https://www.walmart.com/seller/101297400 |
| 72 | Miku CO.,LTD. | https://www.walmart.com/seller/101295670 |
| 73 | ming jiang qiu shang mao | https://www.walmart.com/seller/101296842 |
| 74 | Mingganshuo techn Co., Ltd | https://www.walmart.com/seller/101296804 |
| 75 | MTF | https://www.walmart.com/seller/101307124 |
| 76 | nuo rui shang mao | https://www.walmart.com/seller/101295906 |
| 77 | PerspireLL Co.Ltd | https://www.walmart.com/seller/101268962 |
| 78 | Phyachelo Home Furnishing | https://www.walmart.com/seller/101282994 |
| 79 | Pu Technology Trading Co.Ltd | https://www.walmart.com/seller/101296617 |
| 80 | putianshimeizhoudaoshangdemaof | https://www.walmart.com/seller/101295354 |
| 81 | Qionghaiminhuilian | https://www.walmart.com/seller/101296935 |
| 82 | QiongHaiQingYanKeJi | https://www.walmart.com/seller/101290225 |
| 83 | Rays A CO.,LTD. | https://www.walmart.com/seller/101296822 |
| 84 | Robert Co., Ltd | https://www.walmart.com/seller/101290676 |
| 85 | shanxitiyumimaoyi | https://www.walmart.com/seller/101302006 |
| 86 | Smith Co., Ltd | https://www.walmart.com/seller/101297939 |
| 87 | Steve Trading Co., Ltd | https://www.walmart.com/seller/101290702 |
| 88 | Suanjue E-commerce Co.Ltd | https://www.walmart.com/seller/101262590 |

| 89 | Supply Center LLC | https://www.walmart.com/seller/101294086 |
|---|---|---|
| 90 | SZ Furniture Co.Ltd | https://www.walmart.com/seller/101296797 |
| 91 | Sz Toys Co., Ltd. | https://www.walmart.com/seller/101223594 |
| 92 | SZ Vehicle Parts Co.Ltd | https://www.walmart.com/seller/101294836 |
| 93 | tai yuan han feng fang shi | https://www.walmart.com/seller/101295895 |
| 94 | tai yuan yue ji xuan shang mao you xian gong si | https://www.walmart.com/seller/101289682 |
| 95 | TaiyuanzhiruidataiwangluokejiyouxianCo.ltd | https://www.walmart.com/seller/101288658 |
| 96 | Talkedabo Co.Ltd | https://www.walmart.com/seller/101275367 |
| 97 | tan na tu | https://www.walmart.com/seller/101299378 |
| 98 | Tool Supply Co., Ltd | https://www.walmart.com/seller/101296795 |
| 99 | TTSYUFTIN-Co.Ltd | https://www.walmart.com/seller/101280205 |
| 100 | tu jue hu | https://www.walmart.com/seller/101294856 |
| 101 | twklestars | https://www.walmart.com/seller/101218859 |
| 102 | W Iycor M0S | https://www.walmart.com/seller/101295919 |
| 103 | W Jun-gul N0F | https://www.walmart.com/seller/101293982 |
| 104 | W.M2OO Co. ltd | https://www.walmart.com/seller/101296436 |
| 105 | W.WOO Co. ltd | https://www.walmart.com/seller/101290361 |
| 106 | WCJ | https://www.walmart.com/seller/101303272 |
| 107 | wei ha teng wang luo | https://www.walmart.com/seller/101295931 |
| 108 | WJL | https://www.walmart.com/seller/101307091 |
| 109 | wuhanyuhengjingdianzi | https://www.walmart.com/seller/101330902 |
| 110 | WZX | https://www.walmart.com/seller/101269936 |
| 111 | XHM | https://www.walmart.com/seller/101274469 |
| 112 | XY Digital Co. LTD | https://www.walmart.com/seller/101248931 |
| 113 | Yitian Shop | https://www.walmart.com/seller/101294225 |
| 114 | YK | https://www.walmart.com/seller/101254046 |
| 115 | YKOOE CA | https://www.walmart.com/seller/101311374 |
| 116 | YOULLL..Co.Ltd | https://www.walmart.com/seller/101284371 |
| 117 | yswdzaw | https://www.walmart.com/seller/101273093 |
| 118 | yuan bin kuo er ke ji | https://www.walmart.com/seller/101295913 |
| 119 | Yuanping Zhangping Technology Co., Ltd | https://www.walmart.com/seller/101290915 |
| 120 | Yucheng Science And Technology | https://www.walmart.com/seller/101298706 |
| 121 | ZBLa E-commerce Co.Ltd | https://www.walmart.com/seller/101296607 |
| 122 | Zhe Jexu Trading Co. Ltd | https://www.walmart.com/seller/101296300 |
| 123 | ZhengYi Shop | https://www.walmart.com/seller/101291832 |
| 124 | Zhenpuha Trading Co. Ltd | https://www.walmart.com/seller/101299285 |
| 125 | zhi jiang shi mu qin | https://www.walmart.com/seller/101309554 |
| 126 | ZhooxeLLC | https://www.walmart.com/seller/101300931 |
| 127 | Zoe Home Store | https://www.walmart.com/seller/101295788 |
| 128 | zunyichenwuhuanshangmaoyouxiangongsi | https://www.walmart.com/seller/101277941 |
| 129 | ZZ 1OO Co. ltd | https://www.walmart.com/seller/101296807 |
| 130 | Ahjdejtyj Co,ltd | https://www.walmart.com/seller/101295783 |
| 131 | Anjet trading | https://www.walmart.com/seller/101295987 |
| 132 | APALA | https://www.walmart.com/seller/101232279 |
| 133 | Autoster | https://www.walmart.com/seller/101279452 |
| 134 | basicer | https://www.walmart.com/seller/101292572 |
| 135 | Bear hook e-commerce | https://www.walmart.com/seller/101297537 |

| | | |
|---|---|---|
| 136 | Beautifel Life Co.,Ltd | https://www.walmart.com/seller/101294776 |
| 137 | CDT CO., LTD | https://www.walmart.com/seller/101325270 |
| 138 | Chamat store | https://www.walmart.com/seller/101296689 |
| 139 | cheng du qian feng xing | https://www.walmart.com/seller/101292996 |
| 140 | chengduwanqiangguangxingshangm | https://www.walmart.com/seller/101332084 |
| 141 | Chiji Business Co. ltd | https://www.walmart.com/seller/101332292 |
| 142 | chun tu qin dian zi | https://www.walmart.com/seller/101294869 |
| 143 | Cobbeko CO., LTD | https://www.walmart.com/seller/101282708 |
| 144 | cryspool | https://www.walmart.com/seller/101190325 |
| 145 | Dandy Co.ltd | https://www.walmart.com/seller/101285516 |
| 146 | Dayear Outdoor Supplies | https://www.walmart.com/seller/101287390 |
| 147 | dezhouxiaoda | https://www.walmart.com/seller/101328082 |
| 148 | DG_Direct | https://www.walmart.com/seller/101135016 |
| 149 | DJ Park | https://www.walmart.com/seller/101221881 |
| 150 | DYT | https://www.walmart.com/seller/101117375 |
| 151 | E.EMM CO.,Ltd | https://www.walmart.com/seller/101294868 |
| 152 | Easy Choice | https://www.walmart.com/seller/101288144 |
| 153 | er jin tuo zi | https://www.walmart.com/seller/101296349 |
| 154 | feight | https://www.walmart.com/seller/101295755 |
| 155 | Feiyan Trading Co., Ltd. | https://www.walmart.com/seller/101106229 |
| 156 | foshanshiyalihangwujinyouxiangongsi | https://www.walmart.com/seller/101277987 |
| 157 | Fuzhoushihengzhenmaoyiyouxiangongsi | https://www.walmart.com/seller/101113944 |
| 158 | GGTHE Store | https://www.walmart.com/seller/101312231 |
| 159 | Guiroate departments | https://www.walmart.com/seller/101296355 |
| 160 | guoyangxianmaoxishangmaoyouxia | https://www.walmart.com/seller/101315696 |
| 161 | HAI KOU PENG TAN KE JI YOU XIAN GONG SI | https://www.walmart.com/seller/101228965 |
| 162 | Haikou Putang Trading Co., Ltd | https://www.walmart.com/seller/101325503 |
| 163 | Handanshizishu Trade Co. ltd | https://www.walmart.com/seller/101292344 |
| 164 | HLJZTXG Co.Ltd | https://www.walmart.com/seller/101219914 |
| 165 | Huizhou Chili Technology Co., Ltd. | https://www.walmart.com/seller/101228934 |
| 166 | Huizhou Jinou Technology Co., Ltd. | https://www.walmart.com/seller/101231929 |
| 167 | Huizhou Ningjia Daily Necessities Co., Ltd. | https://www.walmart.com/seller/101237165 |
| 168 | huizhoushishashabeierfuzhuangyouxiangongsi | https://www.walmart.com/seller/101118300 |
| 169 | Jieyang Anhong Hardware Products Co., Ltd | https://www.walmart.com/seller/101258367 |
| 170 | ju jue li mao yi | https://www.walmart.com/seller/101295853 |
| 171 | jue jiang la dian zi | https://www.walmart.com/seller/101295725 |
| 172 | jue jiang yao | https://www.walmart.com/seller/101295920 |
| 173 | Junjingyi Trading Co., Ltd. | https://www.walmart.com/seller/101204358 |
| 174 | JuYuShangMao Co.ltd | https://www.walmart.com/seller/101196697 |
| 175 | kang ha sun | https://www.walmart.com/seller/101310246 |
| 176 | ken ji tun | https://www.walmart.com/seller/101310238 |
| 177 | Kolababla Co. ltd | https://www.walmart.com/seller/101251218 |
| 178 | kong lai ha dian zi shang | https://www.walmart.com/seller/101295830 |
| 179 | Lanfan Trade company | https://www.walmart.com/seller/101303995 |
| 180 | Law abiding citizens vs Vegas | https://www.walmart.com/seller/101293880 |

| | | |
|---|---|---|
| 181 | ledonggekeshangmao | https://www.walmart.com/seller/101307958 |
| 182 | Leslie Trading Co., Ltd | https://www.walmart.com/seller/101293918 |
| 183 | LIAOQINGLIN Co.ltd | https://www.walmart.com/seller/101247715 |
| 184 | Lyc | https://www.walmart.com/seller/101282342 |
| 185 | Meda Home Co.Ltd | https://www.walmart.com/seller/101282926 |
| 186 | Muenya Co.Ltd | https://www.walmart.com/seller/101225194 |
| 187 | MURCOTT | https://www.walmart.com/seller/101263551 |
| 188 | MY SUPPLY co ltd | https://www.walmart.com/seller/101267852 |
| 189 | MYMHE LLC | https://www.walmart.com/seller/101286785 |
| 190 | nan hu fang | https://www.walmart.com/seller/101295887 |
| 191 | Nanchang Yanxian Electronic Technology Co., LTD | https://www.walmart.com/seller/101239970 |
| 192 | NANXI | https://www.walmart.com/seller/101227156 |
| 193 | Ningbo Chenyi Technology Co., LTD | https://www.walmart.com/seller/101257439 |
| 194 | poolhacker | https://www.walmart.com/seller/101132838 |
| 195 | putianshimeizhoudaoshangdenieq | https://www.walmart.com/seller/101333485 |
| 196 | QINGDAOWENWEIJIEWANGLUOKEJI | https://www.walmart.com/seller/101303405 |
| 197 | qiu si le | https://www.walmart.com/seller/101315109 |
| 198 | QMAKE | https://www.walmart.com/seller/101236438 |
| 199 | Riccu | https://www.walmart.com/seller/101294774 |
| 200 | SEELOK | https://www.walmart.com/seller/101175091 |
| 201 | Shenzhen Edier Technology Co. , Ltd. | https://www.walmart.com/seller/101191143 |
| 202 | Shenzhenshi Qianliyuan Dianzishangwu Co.,Limited | https://www.walmart.com/seller/101280164 |
| 203 | shenzhenshiyunjinghong | https://www.walmart.com/seller/101294711 |
| 204 | ShiTong | https://www.walmart.com/seller/101293089 |
| 205 | shuang jue te | https://www.walmart.com/seller/101308810 |
| 206 | Siqi Shop | https://www.walmart.com/seller/101279602 |
| 207 | Synpinya Department Store | https://www.walmart.com/seller/101237159 |
| 208 | tai yuan bo yi lai dian zi shang wu you xian gong si | https://www.walmart.com/seller/101269999 |
| 209 | tai yuan fang yu ji | https://www.walmart.com/seller/101312156 |
| 210 | tai yuan ji gang teng | https://www.walmart.com/seller/101314411 |
| 211 | tai yuan nuo dang liang | https://www.walmart.com/seller/101314412 |
| 212 | tai yuan ou si chi dian zi shang wu you xian gong si | https://www.walmart.com/seller/101277241 |
| 213 | tai yuan pu zhen da | https://www.walmart.com/seller/101312057 |
| 214 | tai yuan shuo yi te dian zi shang wu you xian Co. ltd | https://www.walmart.com/seller/101287934 |
| 215 | tai yuan su wei ting | https://www.walmart.com/seller/101313658 |
| 216 | taiyuandaidengshengdianzishangwuyouxiangongsi | https://www.walmart.com/seller/101288043 |
| 217 | The Best Choice Co.,Ltd | https://www.walmart.com/seller/101281384 |
| 218 | THEEN Store | https://www.walmart.com/seller/101296332 |
| 219 | Third floor LS | https://www.walmart.com/seller/101296831 |
| 220 | Third floor WR | https://www.walmart.com/seller/101279385 |
| 221 | tmosphere | https://www.walmart.com/seller/101177909 |
| 222 | tonglingjianwenxinxi | https://www.walmart.com/seller/101330923 |
| 223 | Topteng Tech | https://www.walmart.com/seller/101280482 |

| | | |
|---|---|---|
| 224 | TY Bag Co.Ltd | https://www.walmart.com/seller/101296784 |
| 225 | VIRGINE | https://www.walmart.com/seller/101193102 |
| 226 | Volca Spares | https://www.walmart.com/seller/101312173 |
| 227 | WaaWoo | https://www.walmart.com/seller/101246810 |
| 228 | Wangqunqun Trading Co., Ltd. | https://www.walmart.com/seller/101284754 |
| 229 | WORTON | https://www.walmart.com/seller/101202403 |
| 230 | wuhanweidingmindianzi | https://www.walmart.com/seller/101330877 |
| 231 | xiaoxiwangluokejiyouxiangongsi | https://www.walmart.com/seller/101286446 |
| 232 | Xinxiang Stella Trading Co. , Ltd. | https://www.walmart.com/seller/101271792 |
| 233 | Xtangh Department stores | https://www.walmart.com/seller/101296431 |
| 234 | yingyijie | https://www.walmart.com/seller/101174506 |
| 235 | YLH e-commerce Co. Ltd | https://www.walmart.com/seller/101295888 |
| 236 | YQT | https://www.walmart.com/seller/101297938 |
| 237 | YTS Technology Co. Ltd | https://www.walmart.com/seller/101296364 |
| 238 | yu dun gao shang mao | https://www.walmart.com/seller/101295827 |
| 239 | Yuchuang Trade Co.Ltd | https://www.walmart.com/seller/101326303 |
| 240 | Yuliu Co.Ltd | https://www.walmart.com/seller/101318178 |
| 241 | YUPVM Toys Co., Ltd. | https://www.walmart.com/seller/101222717 |
| 242 | YW Trading Co. Ltd | https://www.walmart.com/seller/101296787 |
| 243 | ze chao | https://www.walmart.com/seller/101296809 |
| 244 | zhe gu le | https://www.walmart.com/seller/101318118 |
| 245 | zhe jue che mao yi | https://www.walmart.com/seller/101318059 |